IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JOSE RAMIREZ,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL KNOWLES,<br><br>　　　　　Respondent. | No. CV-F-03-6184 REC/SMS HC<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

　　　The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right in connection with the issues raised in his petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated: June 23, 2005**　　　　　　　　　　　　　　　**/s/ Robert E. Coyle**
668554　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1